WILLIAM WILLIAMS, Appellant, *v.* ROBERT W. FREEMAN, Respondent.

(Argued June 23, 1887; decided October 4, 1887.)

*John S. Wood* for appellant.

*Henry P. Starbuck* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.